1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Russell E. Smoot
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

6           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,       )   **CR-12-16-WFN**
9           Plaintiff,              )   INDICTMENT
                                    )
10      vs.                         )   Vio: 21 U.S.C. §§ 846,
                                    )        841(a)(1), (b)(1)(B)(vii)
11                                  )        Conspiracy to Manufacture
                                    )        100 or More Marijuana
12 JARED J. KYNASTON,              )        Plants (Count 1)
   SAMUEL M. DOYLE,                )
13 COREY E. MOBLEY,                )        21 U.S.C. § 841(a)(1),
   PETER M. MAGANA,                )        (b)(1)(B)(vii)
14 BRICE C. DAVIS,                 )        Manufacture 100 or More
   JAYDE D. EVANS,                 )        Marijuana Plants (Count 2)
15 TYLER S. McKINLEY,              )
                                    )        21 U.S.C. § 853
16          Defendants.             )        Forfeiture Allegation

17

18  The Grand Jury Charges:

19                          COUNT ONE

20  That beginning on a date unknown but at least by on or about February 1,

21  2011, and continuing until on or about November 2, 2011, in the Eastern District

22  of Washington and elsewhere, JARED J. KYNASTON, SAMUEL M. DOYLE,

23  COREY E. MOBLEY, PETER M. MAGANA, BRICE C. DAVIS, JAYDE D.

24  EVANS, and TYLER S. McKINLEY, Defendants, named herein, and others

25  known and unknown, did knowingly and intentionally combine, conspire,

26  confederate and agree together with each other and with other persons, both

27  known and unknown, to commit the following offense against the United States, to

28  wit: Manufacturing One Hundred (100) or More Marijuana Plants, a Schedule I

INDICTMENT - 1
P20202RC.RSA.wpd

controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii), all in violation of 21 U.S.C. § 846.

## COUNT TWO

That on or about November 2, 2011, in the Eastern District of Washington, JARED J. KYNASTON, SAMUEL M. DOYLE, COREY E. MOBLEY, PETER M. MAGANA, BRICE C. DAVIS, JAYDE D. EVANS, and TYLER S. McKINLEY, knowingly and intentionally manufactured one hundred (100) or more marijuana plants, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841, 846, the defendants, JARED J. KYNASTON, SAMUEL M. DOYLE, COREY E. MOBLEY, PETER M. MAGANA, BRICE C. DAVIS, JAYDE D. EVANS, and TYLER S. McKINLEY, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

DATED this 7th day of February, 2012.

A TRUE BILL

Michael C. Ormsby
United States Attorney

Russell E. Smoot
Assistant United States Attorney

INDICTMENT - 2
P20202RC.RSA.wpd