FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JARED J. KYNASTON,
SAMUEL M. DOYLE,
COREY E. MOBLEY,
PETER M. MAGANA,
BRICE C. DAVIS,
JAYDE D. EVANS,
TYLER S. McKINLEY,

    Defendants.

**CR-12-16-WFN**

Order to Seal Indictment

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED this 7th day of February, 2012.

CYNTHIA IMBROGNO
United States Magistrate Judge

Order to Seal Indictment
P20206RC.RSO.wpd