Michael C. Ormsby
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
        Plaintiff, )
         )
vs. )
         )
JARED J. KYNASTON, )
         )
         )
         )
        Defendants. )

CR-12-16-WFN-1

INDICTMENT

Vio: 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(vii)
Conspiracy to Manufacture 100 or More Marijuana Plants (Count 1)

21 U.S.C. § 841(a)(1), (b)(1)(B)(vii)
Manufacture 100 or More Marijuana Plants (Count 2)

21 U.S.C. § 853
Forfeiture Allegation

The Grand Jury Charges:

## COUNT ONE

That beginning on a date unknown but at least by on or about February 1, 2011, and continuing until on or about November 2, 2011, in the Eastern District of Washington and elsewhere, JARED J. KYNASTON, ███████████████████████████████████████████████ Defendants, named herein, and others known and unknown, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown, to commit the following offense against the United States, to wit: Manufacturing One Hundred (100) or More Marijuana Plants, a Schedule I

INDICTMENT - 1
P20202RC.RSA.wpd

controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii), all in violation of 21 U.S.C. § 846.

## COUNT TWO

That on or about November 2, 2011, in the Eastern District of Washington, JARED J. KYNASTON, ███████ knowingly and intentionally manufactured one hundred (100) or more marijuana plants, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841, 846, the defendants, JARED J. KYNASTON, ███████ shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

DATED this _____ day of February, 2012.

A TRUE BILL

_____
Foreperson

Michael C. Ormsby
United States Attorney

Russell E. Smoot
Assistant United States Attorney

INDICTMENT - 2
P20202RC.RSA.wpd