# PENALTY SLIP

DEFENDANT NAME: **JARED J. KYNASTON**

TOTAL NO. COUNTS:    2

VIO: 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(vii)
      Conspiracy to Manufacture 100 or More Marijuana Plants (Count 1)

PENALTY: CAG not less than 5 years and not more than 40 years;
      and/or $5,000,000 fine;
      not less than 4 years nor more than life supervised release;
      a $100 special penalty assessment;
      Denial of Certain Federal Benefits,
      pursuant to 21 U.S.C. §§ 862 and 862a

**IF THE DEFENDANT IS FOUND TO HAVE HAD A PRIOR FELONY DRUG OFFENSE CONVICTION:**

PENALTY: CAG not less than 10 years up to life;
      and/or $10,000,000 fine;
      not less than 8 years up to a life term of supervised release;
      a $100 special penalty assessment;
      Denial of Certain Federal Benefits,
      pursuant to 21 U.S.C. §§ 862 and 862a

VIO: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii)
      Manufacture 100 or More Marijuana Plants (Count 2)

PENALTY: CAG not less than 5 years and not more than 40 years;
      and/or $5,000,000 fine;
      not less than 4 years nor more than life supervised release;
      a $100 special penalty assessment;
      Denial of Certain Federal Benefits,
      pursuant to 21 U.S.C. §§ 862 and 862a

**IF THE DEFENDANT IS FOUND TO HAVE HAD A PRIOR FELONY DRUG OFFENSE CONVICTION:**

PENALTY: CAG not less than 10 years up to life;
      and/or $10,000,000 fine;
      not less than 8 years up to a life term of supervised release;
      a $100 special penalty assessment;

**Denial of Certain Federal Benefits,
pursuant to 21 U.S.C. §§ 862 and 862a**

**Forfeiture Allegations**

**PENALTY:**   Forfeiture of any property constituting, or derived from, or any proceeds obtained, as alleged in Counts 1-2.

CASE NO.    **CR-12-16-WFN-1**

AUSA INITIAL _[signature]_