1 Michael C. Ormsby
United States Attorney
2 Eastern District of Washington
Russell E. Smoot
3 Assistant United States Attorney
Post Office Box 1494
4 Spokane, WA 99210-1494
Telephone: (509) 353-2767
5
UNITED STATES DISTRICT COURT
6 EASTERN DISTRICT OF WASHINGTON

7 UNITED STATES OF AMERICA,            )
8                    Plaintiff,        )   12-CR-00016-WFN-1
                                       )
9       vs.                            )   Motion for Detention Hearing
                                       )
10 JARED J. KYNASTON,                  )
                                       )
11                   Defendant.        )

12

13      The United States moves for pretrial detention of Defendant, pursuant to
14 18 U.S.C. § 3142(e) and (f).

15      1.    Eligibility of Case.  This case is eligible for a detention order
16            because the case involves:
17            ☐     Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which
18                  includes any felony under Chapter 109A, 110 and 117),
19            ☐     Maximum penalty of life imprisonment or death,
20            ☒     Drug offense with maximum penalty of 10 years or more,
21            ☐     Felony, with two prior convictions in above categories,
22            ☐     Felony that involves a minor victim or that involves the
23                  possession or use of a firearm or destructive device (as those
24                  terms are defined in section 921), or any other dangerous
25                  weapon, or involves a failure to register under 18 U.S.C.
26                  section 2250,
27            ☒     Serious risk Defendant will flee, or
28            ☐     Serious risk obstruction of justice.

Motion for Detention Hearing - 1
P20210RC.RSc.wpd

1  2. <u>Reason For Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure:

- ☒ Defendant's appearance as required, or
- ☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because there is probable cause to believe Defendant committed:

- ☒ Drug offense with maximum penalty of 10 years or more,
- ☐ 18 U.S.C. § 924(c) firearms offense, or
- ☐ Kidnaping, sexual crimes, or child pornography offenses.

4. <u>Time For Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

- ☐ At the first appearance, or
- ☒ After a continuance of three days.

5. <u>Other Matters</u>.
- ☐

DATED February 10, 2012.

        Michael C. Ormsby
        United States Attorney

        ***s/Russell E. Smoot***

        Russell E. Smoot
        Assistant United States Attorney

Motion for Detention Hearing - 2
P20210RC.RSc.wpd

1  I hereby certify that on February 10, 2012, I electronically filed the
2  foregoing with the Clerk of the Court using the CM/ECF System.

*s/Russell E. Smoot*

Russell E. Smoot
Assistant United States Attorney

Motion for Detention Hearing - 3
P20210RC.RSc.wpd