UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JARED J. KYNASTON,<br><br>　　　　Defendant. | No. CR-12-016-WFN-1<br><br>ORDER FOLLOWING:<br><br>☑　INITIAL APPEARANCE<br>☑　ARRAIGNMENT |

Date of hearing: February 10, 2012.

☑　Indictment　☐ Superseding Indictment

Defendant was advised of, and acknowledged, Defendant's rights.

☑　Defendant, on Defendant's plea(s) of not-guilty, is bound over to the United States District Court for trial.

☑　Bail hearing set: **February 15, 2012, at 8:30 a.m.**

　　☑　Judge Imbrogno　　☐ Judge Hutton

　　☑　Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

☑　The U.S. Probation Office personnel shall prepare a Pretrial Services Report prior to the bail hearing, and shall notify defense counsel prior to interviewing Defendant.

DATED February 13, 2012.

　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER - 1