1  Robert R. Fischer
   FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
2  10 North Post, Suite 700
   Spokane, Washington 99201
3  (509) 624-7606

4  Attorneys for Defendant

5               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
6            (HONORABLE WM. FREMMING NIELSEN)

7  UNITED STATES OF AMERICA,    )
                                )
8        Plaintiff,              )   CR-12-16-WFN-1
                                )
9    vs.                         )   Notice of Appearance
                                )
10 JARED J. KYNASTON,           )
                                )
11       Defendant.              )
   _____)
12 TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
         RUSSELL E. SMOOT, ASSISTANT UNITED STATES ATTORNEY
13

14       I am admitted or otherwise authorized to practice in this court, and

15 I appear in this case as counsel for Mr. Kynaston.

16       Dated:    February 13, 2012

17
                           Respectfully Submitted,
18
                           S/ Robert R. Fischer
19                         WA 21839
                           Attorneys for Kynaston
20                         Federal Defenders of
                           Eastern Washington and Idaho
21                         10 North Post, Suite 700
                           Spokane, Washington 99201
22                         Telephone: (509) 624-7606
                           Fax: (509) 747-3539
23                         Email: Robert_Fischer@fd.org

24
   Notice of Appearance
                                    1

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: RUSSELL E. SMOOT, Assistant United States Attorney.

S/ Robert R. Fischer
WA 21839
Attorneys for Kynaston
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Robert_Fischer@fd.org