1  Robert R. Fischer
   FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
2  10 North Post, Suite 700
   Spokane, Washington 99201
3  (509) 624-7606

4  Attorneys for Defendant

5             UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
6             (HONORABLE WM. FREMMING NIELSEN)

7  UNITED STATES OF AMERICA,      )
                                  )
8         Plaintiff,              )   CR-12-016-WFN-1
                                  )
9     vs.                         )   Motion for Joinder to Continue Trial
                                  )   Date and to Extend Time to File
10 JARED J. KYNASTON,             )   Pretrial Motions
                                  )
11        Defendant.              )
                                  )
12 TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
         RUSSELL E. SMOOT, ASSISTANT UNITED STATES ATTORNEY
13

14         JARED J. KYNASTON, through counsel, Robert R. Fischer for the

15 Federal Defenders of Eastern Washington and Idaho, respectfully moves

16 the Court to continue Mr. Kynaston's trial currently scheduled for April

17 16, 2012. Additionally, Mr. Kynaston respectfully requests that he be

18 given additional time to file pretrial motions.

19         This motion is based upon the attached memorandum of counsel,

20 the court's record and file.

21         Dated:     March 23, 2012

22
                                     Respectfully Submitted,
23
                                     S/ Robert R. Fischer
24

Motion for Joinder to Continue Trial Date

1

WA 21839
Attorneys for Kynaston
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Robert_Fischer@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: RUSSELL E. SMOOT, Assistant United States Attorney.

S/ Robert R. Fischer
WA 21839
Attorneys for Kynaston
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Robert_Fischer@fd.org