Robert R. Fischer
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE WM. FREMMING NIELSEN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-12-016-WFN-1 |
| vs. | ) | Motion to File Exhibit "A" Under Seal |
| JARED J. KYNASTON, | ) | |
| Defendant. | ) | |

TO:  MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
     RUSSELL E. SMOOT, ASSISTANT UNITED STATES ATTORNEY

JARED J. KYNASTON, through counsel, Robert R. Fischer for the Federal Defenders of Eastern Washington and Idaho, moves the Court for an Order to file Exhibit "A" to Defendant's Memorandum In Support of Motion to Continue Pretrial and Trial Date and to Extend Time to File Pretrial Motions (ECF No. 167) under seal. The exhibit contains information and personal identifiers that should not be available to the public.

         Dated:     May 11, 2012

                                      Respectfully Submitted,

S/ Robert R. Fischer
WA 21839
Attorneys for Kynaston
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Robert_Fischer@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: RUSSELL E. SMOOT, Assistant United States Attorney.

S/ Robert R. Fischer
WA 21839
Attorneys for Kynaston
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Robert_Fischer@fd.org