Robert R. Fischer
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE WM. FREMMING NIELSEN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-12-016-WFN-1 |
| ) | |
| vs. ) | Motion to File Additional Motions |
| ) | |
| JARED J. KYNASTON, ) | |
| ) | |
| Defendant. ) | |

TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
      RUSSELL E. SMOOT, ASSISTANT UNITED STATES ATTORNEY

JARED J. KYNASTON, through counsel, Robert R. Fischer for the Federal Defenders of Eastern Washington and Idaho, respectfully moves the Court to file additional pretrial motions. The reason for this request is:

1. To date, approximately 473 pages of discovery have been received but it is believed the discovery process is still on-going, and the defense has filed, or will file a motion to compel discovery, if the government does not effectively respond to verbal or written requests for additional information.

2. The undersigned is waiting on records and other evidence

requested from independent sources but not yet received ordered by the court, and therefore not yet received. Counsel may find the need to file additional pretrial motions, depending on the content of records and other evidence received or not received.

3. Last, because the undersigned has been occupied with not only this matter but other matters, more time is needed to evaluate the necessity of having to draft and file additional pretrial motions, including, but not limited, to a motion to suppress. The granting of this request should not prejudice the government as the undersigned is requesting a new trial date.

Therefore, it is requested that the Court enter an Order extending the deadline to file pretrial motions, especially motions in limine, discovery motions, and suppression motions, so that the defendant can be adequately and fairly represented.

Dated:     May 11, 2012

                            Respectfully Submitted,

                            S/ Robert R. Fischer
                            WA 21839
                            Attorneys for Kynaston
                            Federal Defenders of
                            Eastern Washington and Idaho
                            10 North Post, Suite 700
                            Spokane, Washington 99201
                            Telephone: (509) 624-7606
                            Fax: (509) 747-3539
                            Email: Robert_Fischer@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: RUSSELL E. SMOOT, Assistant United States Attorney.

S/ Robert R. Fischer
WA 21839
Attorneys for Kynaston
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Robert_Fischer@fd.org