Robert R. Fischer
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE WM. FREMMING NIELSEN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> JARED J. KYNASTON, ) </br> ) </br> Defendant. ) </br> ) | CR-12-016-WFN-1 </br></br> Notice of Hearing |

TO: MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
    RUSSELL E. SMOOT, ASSISTANT UNITED STATES ATTORNEY

Please take notice that the Defendant's Motion to Continue Pretrial and Trial Date and to Extend Time to File Pretrial Motions, Motion to File Additional Motions and Motion for Notice of Government's Intent to Introduce FRE 404 Evidence at Trial shall be heard before the Honorable Wm. Fremming Nielsen on May 31, 2012 at 9:30 a.m. in Spokane, Washington.

Dated:    May 11, 2012

Respectfully Submitted,

Notice of Hearing

1

S/ Robert R. Fischer
WA 21839
Attorneys for Kynaston
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Robert_Fischer@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: RUSSELL E. SMOOT, Assistant United States Attorney.

S/ Robert R. Fischer
WA 21839
Attorneys for Kynaston
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Robert_Fischer@fd.org