UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> JERAD JOHN KYNASTON (1), ) <br> ) <br> Defendant. ) | NO.   CR-12-0016-WFN-1 <br><br> ORDER |

Pending before the Court is Defendant's Motion to File Exhibit "A" Under Seal (ECF No. 168). The proposed exhibit contains personal identifiers, and thus, shall be filed under seal. The Court has reviewed the file and motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to File Exhibit "A" Under Seal, filed May 11, 2012, **ECF No. 168**, is **GRANTED**.

2. The proposed sealed exhibit shall be filed under seal.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 15th day of May, 2012.

05-14-12

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER