Michael C. Ormsby
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 12-CR-00016-WFN-1 |
| JERAD JOHN KYNASTON, | ) United States' Response to Motion for Notice of Government's Intent to Introduce FRE 404 Evidence at Trial |
| Defendant. | ) |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Russell E. Smoot, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the United States' Response to Motion for Notice of Government's Intent to Introduce FRE 404 Evidence at Trial.

## RESPONSE

The United States does not object to the Defendant's request for Notice of Fed. R. Evid. 404(b) evidence. The United States does, however, object to the Defendant's request that "all" such evidence be noticed within 30 days of trial. It is not uncommon that previously unknown Fed. R. Evid 404(b) evidence is disclosed during trial preparation interviews. As such, the United States

United States' Response to Motion for Notice of Government's Intent to Introduce FRE 404 Evidence at Trial - 1
P20514RC.RSB.wpd

respectfully submits that the standard set forth in Fed. R. Evid. 404(b), specifically "reasonable notice in advance of trial, or during trial if the Court excuses pretrial notice and good cause shown," will suffice.

DATED May 18, 2012.

        Michael C. Ormsby
        United States Attorney

        ***s/Russell E. Smoot***

        Russell E. Smoot
        Assistant United States Attorney

I hereby certify that on May 18, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Robert R. Fischer
Federal Defenders of Eastern Washington and Idaho
10 North Post Street, Suite 700
Spokane, WA 99201

*s/Russell E. Smoot*

Russell E. Smoot
Assistant United States Attorney

United States' Response to Motion for Notice of Government's Intent to Introduce FRE 404 Evidence at Trial - 3
P20514RC.RSB.wpd