1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Russell E. Smoot
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone:  (509) 353-2767
5

6              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,          )
                                      )
9          Plaintiff,                 )
                                      )    12-CR-00016-WFN-1
10    vs.                             )
                                      )    United States' Response to
11 JERAD JOHN KYNASTON,               )    Motion to Continue Pretrial
                                      )    and Trial Date and to Extend
12         Defendant.                 )    Time to File Pretrial Motions

13     Plaintiff, United States of America, by and through Michael C. Ormsby,

14 United States Attorney for the Eastern District of Washington, and Russell E.

15 Smoot, Assistant United States Attorney for the Eastern District of Washington,

16 respectfully submits the United States' Response to Motion to Continue Pretrial

17 and Trial Date and to Extend Time to File Pretrial Motions.

18                          RESPONSE

19     As set forth in the Defendant's Memorandum, the United States does not

20 object to the Defendant's request for a continuance.

21     DATED May 18, 2012.

22                               Michael C. Ormsby
                                 United States Attorney
23

24                               *s/Russell E. Smoot*
                                 Russell E. Smoot
25                               Assistant United States Attorney

26 United States' Response to Motion to Continue Pretrial and Trial Date and to
   Extend Time to File Pretrial Motions - 1
27 P20514RC.RSA.wpd

1

2         I hereby certify that on May 18, 2012, I electronically filed the foregoing

3 with the Clerk of the Court using the CM/ECF System which will send

4 notification of such filing to the following, and/or I hereby certify that I have

5 mailed by United States Postal Service the document to the following non-

6 CM/ECF participant(s):

7

8                    Robert R. Fischer
Federal Defenders of Eastern Washington and Idaho
9                    10 North Post Street, Suite 700
Spokane, WA 99201

10

11                    ***s/Russell E. Smoot***

12                    Russell E. Smoot
Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26 United States' Response to Motion to Continue Pretrial and Trial Date and to
Extend Time to File Pretrial Motions - 2

27 P20514RC.RSA.wpd