Michael C. Ormsby
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) 12-CR-00016-WFN-1<br>) |
| JERAD JOHN KYNASTON, | ) United States' Response to<br>) Motion to File Additional<br>) Motions |
| Defendant. | )<br>) |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Russell E. Smoot, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the United States' Response to Motion to File Additional Motions.

## RESPONSE

Given the Defendant's request for a continuance, see ECF. Doc 166, the United States does not object to the Defendant's request to file additional motions.

DATED May 18, 2012.

                                                  Michael C. Ormsby
                                                  United States Attorney

                                                  ***s/Russell E. Smoot***
                                                  Russell E. Smoot
                                                  Assistant United States Attorney

United States' Response to Motion to File Additional Motions - 1
P20514RC.RSC.wpd

1  I hereby certify that on May 18, 2012, I electronically filed the foregoing
2  with the Clerk of the Court using the CM/ECF System which will send
3  notification of such filing to the following, and/or I hereby certify that I have
4  mailed by United States Postal Service the document to the following non-
5  CM/ECF participant(s):

Robert R. Fischer
Federal Defenders of Eastern Washington and Idaho
10 North Post Street, Suite 700
Spokane, WA 99201

*s/Russell E. Smoot*

Russell E. Smoot
Assistant United States Attorney

United States' Response to Motion to File Additional Motions - 2
P20514RC.RSC.wpd