UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    -vs-<br><br>JERAD JOHN KYNASTON (1),<br>SAMUEL MICHAEL DOYLE (2),<br>BRICE CHRISTIAN DAVIS (5),<br>JAYDE DILLON EVANS (6),<br>TYLER SCOTT MCKINLEY (7),<br><br>                Defendants. | NO.    CR-12-0016-WFN<br><br>ORDER RE: EXCLUDABLE TIME |

The Court entered an Order on May 31, 2012, addressing several pending Motions, but inadvertently neglected to take excludable time for the duration those Motions were pending. This Order is entered to supplement the May 31, 2012 Order. The Court has reviewed the file and is fully informed. Accordingly,

**IT IS ORDERED** that all time from the filing of Defendants' Motion to Suppress on May 7, 2012, to the date of the hearing on May 31, 2012, is **EXCLUDED AS TO ALL DEFENDANTS** for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(D).

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 4th day of June, 2012.

                                                  s/ Wm. Fremming Nielsen
                                              WM. FREMMING NIELSEN
06-04-12                              SENIOR UNITED STATES DISTRICT JUDGE