**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

MAGISTRATE JUDGE HUTTON

**CR-12-016-WFN-1
USA  v  JERAD JOHN KYNASTON**

[VIDEO CONFERENCE] BAIL REVIEW HEARING: 6/4/12

| | | | |
|---|---|---|---|
| [ X ] | Honorable James P. Hutton | [ X ] | Russ Smoot, USAtty |
| [ X ] | L. Stejskal, Courtroom Deputy [S] | [ X ] | Bob Fischer, Defense Counsel |
| [ X ] | Pam Howard, Courtroom Deputy [Y] | [ X ] | Erik Carlson, Probation Officer |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Remarks

Defendant appeared with counsel and agreed to proceed by video conference. The parties advised the Court that Judge Nielsen has filed an Order Suppressing Evidence in this case and requested defendant's release from custody. The Government opposed the motion for release.

The Court granted the motion for release. Defendant to be released on the standard conditions of release (subject to detainer in Oregon) and was advised to have no contact with co-defendants. The issue of no contact may be revisited by defendant.

FTR/S-470   *   3:43 - 4:10 PM

[VIDEO CONFERENCE]   BAIL REVIEW  HEARING:   6/4/12