1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         EASTERN DISTRICT OF WASHINGTON

7    UNITED STATES OF AMERICA,            )
                                          )    NO.     CR-12-0016-WFN
8                          Plaintiff,     )
                                          )
9         -vs-                            )    ORDER
                                          )
10   JERAD JOHN KYNASTON (1),             )
     SAMUEL MICHAEL DOYLE (2),            )
11   BRICE CHRISTIAN DAVIS (5),           )
     JAYDE DILLON EVANS (6),              )
12   TYLER SCOTT MCKINLEY (7),            )
                                          )
13                         Defendants.    )
                                          )
14   ────────────────────────────────────

15        A trial is currently set in this matter on June 25, 2012.  The Court granted Defendants'

16   Motion to Suppress on May 31, 2012, then reaffirmed this ruling on June 11, 2012 following

17   the Government's Motion for Reconsideration (ECF No. 210).  Court staff discussed the

18   likelihood of proceeding to trial with counsel for the Government who indicated that it is

19   extremely unlikely.  Due to the close proximity of the trial date and the deadline to file an

20   appeal, the Court is striking the current trial date and resetting the trial within Defendants'

21   speedy trial time to allow the Government more time to decide how to proceed.  This will ease

22   the burden on the Court and Clerk's Office staff who would otherwise be required to prepare

23   as if the case were proceeding to trial.  Accordingly,

24        **IT IS ORDERED** that:

25        1.  The trial date of June 25, 2012, is **STRICKEN and RESET to July 9, 2012, at**

26   **1:00 p.m., in Spokane,** Washington.

ORDER - 1

1     2.  The June 25, 2012 final pretrial conference and motion hearing is **STRICKEN**.

2    The District Court Executive is directed to file this Order and provide copies to

3    counsel.

4     **DATED** this 13th day of June, 2012.

5

6                            s/ Wm. Fremming Nielsen
                                   WM. FREMMING NIELSEN

7    06-13-12                 SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2