Michael C. Ormsby
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | 12-CR-00016-WFN-1<br>12-CR-00016-WFN-2<br>12-CR-00016-WFN-5 |
| JERAD JOHN KYNASTON,<br>SAMUEL MICHAEL DOYLE,<br>BRICE CHRISTIAN DAVIS,<br>JAYDE DILLON EVANS,<br>TYLER SCOTT MCKINLEY, | ) ) ) ) ) | 12-CR-00016-WFN-6<br>12-CR-00016-WFN-7<br><br>Notice of Appeal |
| Defendants. | ) ) ) | |

Notice is hereby given that the United States of America, Plaintiff above-named, hereby appeals under 18 U.S.C. § 3731 to the United States Court of Appeals for the Ninth Circuit from the District Court's Order (ECF Doc. 186 (granting Defendants' Motion to Suppress)) and the District Court's Order (ECF Doc. 210 (reconsidering but affirming its Order granting Defendants' Motion to Suppress)).

DATED June 15, 2012.

Michael C. Ormsby
United States Attorney

*s/Russell E. Smoot*

Russell E. Smoot
Assistant United States Attorney

Notice of Appeal - 1
P20615rs.RSA.notice.appeal.wpd

I hereby certify that on June 15, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Robert R. Fischer
Federal Defenders of Eastern Washington and Idaho
10 North Post Street, Suite 700
Spokane, WA 99201

George P. Trejo, Jr.
The Trejo Law Firm
701 N. 1st Street, Suite 100
Yakima, WA  98901

David M. Miller
Attorney at Law
868 Paulsen Building
421 West Riverside Avenue
Spokane, WA 99201

Nicolas V. Vieth
Attorney at Law
Vieth Law Offices
601 Sherman Ave.
Coeur d'Alene, ID  83814

Richard D. Wall
Attorney at Law
221 West Main Avenue, Suite 200
Spokane, WA 99201

*s/Russell E. Smoot*

Russell E. Smoot
Assistant United States Attorney

Notice of Appeal - 2
P20615rs.RSA.notice.appeal.wpd